NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VERNON JUNIOR GARRETT,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-1182

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1595, Judge Joseph L. Toth.

---

**JUDGMENT**

---

ADAM R. LUCK, GloverLuck, LLP, Dallas, TX, argued for claimant-appellant.

BRITTNEY M. WELCH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, CLAUDIA BURKE, PATRICIA M. MCCARTHY; BRIAN D. GRIFFIN, ANDREW J. STEINBERG, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 8, 2024
Date

Jarrett B. Perlow
Clerk of Court